**Dilman Molina SALGUERO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–70302.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 14, 2013.*

Filed Aug. 19, 2013.

Dilman Molina Salguero, Fontana, CA, pro se.

Sheri Robyn Glaser, Trial, Jeffery R. Leist, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM **

Dilman Molina Salguero, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing as untimely his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

The BIA properly dismissed Salguero's appeal as untimely because the record re-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

flects that the BIA received Salguero's Notice of Appeal 45 days after the appeal deadline and Salguero has not provided any explanation for the late filing. *See* 8 C.F.R. § 1003.38(b)-(c).

**PETITION FOR REVIEW DENIED.**

OIL, Nancy Ellen Friedman, Trial, DOJ–U.S. Department of Justice, Washington, DC, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.